# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 09, 2023

Ms. Raechel M. Badalamenti
Kirk, Huth, Lange & Badalament
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Mr. Kevin M. Carlson
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067

Ms. Elizabeth Patricia Roberts
Kirk, Huth, Lange & Badalament
19500 Hall Road, Suite 100
Clinton Township, MI 48038-0000

Ms. Robin Beth Wagner
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067

Re: Case No. 23-1525, *Linda DeVooght, et al v. City of Warren, MI*
Originating Case No. : 2:20-cv-10812

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix
Enclosure

No mandate to issue

Case No. 23-1525

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LINDA DEEVOGHT; JENNIFER PIPER; DAWN MCLEAN

      Plaintiffs - Appellees

and

TRESSA SINHA; DONNA TRIPI; SUZANNE CHAFFIN; CHERYL OSOWSKI; AMBER MAVIS

      Plaintiffs

v.

CITY OF WARREN, MI

      Defendant - Appellant

  In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

  It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                            **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 09, 2023